# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
### [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

**Roderick Williams**

Name under which you were convicted

**251836**

Your prison number

vs.

CIVIL ACTION NO. **17-CV-97-WS-M**
(To be supplied by Clerk of Court)

**Jefferson Dunn, et al.,**

Name of Defendant(s)

**Holman Unit 3700 Atmore, Al.    36503-3700**

Place of Confinement and Address

---

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

D.   Defendants.  The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action.  A defendant's present address must be provided.  The Court is unable to serve process without the present address being furnished.  The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

E.   Pleading the Complaint.  Your complaint should not contain legal arguments, case law or statutory citations.  You are required to provide facts.  Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F.   Fees.  This complaint cannot be properly filed unless it is accompanied by the current filing fee or a motion to proceed without prepayment of fees and costs if you are unable to afford the filing fee and other costs associated with prosecuting this action.

     If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs.  A blank motion for this purpose is included.

     If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of the Court a copy of the "Motion to Proceed Without Prepayment of Fees and Costs" mailed to you with this complaint.  This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

     Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full current filing fee.  If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint.  Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G.   Form of Pleadings. All pleadings and other papers filed must be on 8½ x 11" paper, legibly handwritten or typewritten.  Every document filed after the complaint must have the style of the

2

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

     Yes ( )     No (X)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:

     Yes ( )     No (X)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

     1. Parties to this previous lawsuit:

Plaintiffs: _____ **N/A** _____

_____

Defendants: _____

_____

     2. Court (if federal court, name the district; if state court, name the county): _____

_____

     3. Docket Number: _____

     4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( )  No ( )

     5. Name of judge to whom the case was assigned: _____

     6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____ **N/A** _____

_____

_____

     7. Approximate date of filing lawsuit: _____ **N/A** _____

     8. Approximate date of ruling by court: _____ **N/A** _____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: **Holman Corr. Facility**

B. Date it occurred: **November 9, 2016**

C. Is there a prisoner grievance procedure in this institution? **NO**

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )      No ( **X**)

E. If your answer is YES:

   1. What steps did you take? **N/A**

   2. What was the result? _____

F. If your answer is NO, explain why not: **No Grievance**

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

**See Attachment**

4

<u>ATTACHMENT TO MY 42 USC §1983 CIVIL ACTION</u>

G. YOUR CLAIM.

On November 7, 2016, members of the Alabama Department of
Corrections C.E.R.T., Correctional Officer Scarborough and other
Correctional Officers assigned to Holman Correctional Facility
entered Bravo Unit (B-Dorm) to conduct the institutional count,
at this time Holman Correctional Facility was in a serious crisis
due to the overcrowding conditions of the entire Alabama
Department of Corrections and the lack of Correctional Officers
to protect and control the inmates, which resulting in the inmate
(s) putting up makeshift tents to gain some space from the inmate
he shares the 5'x6' living area with.

Once inside Bravo Unit and instructed the inmates to remove
the makeshift tents they had around their beds while the inmates
was removing the tents, one of the C.E.R.T.Members aggressively
broke a stick from off an inmate bed Quandarian Falkner, as
he was removing the tent from around his assigned bed, the
C.E.R.T. Member action in aggressively breaking the stick
resultesd in a reaction from the C.E.R.T.Members, Correctional
Officers present and the Inmates, after a brief stillness, the
count was conducted and the C.E.R.T.TEAM Members and Count Team
exited the dorm.

Approximately two days later on November 9, 2016, at
approximately 6:30 a.m. over 50 members of the Alabama Department
of Corrections C.E.R.T.TEAM, entered Bravo Unit armed with their
Riot Gear(Helmets with face Shields, Neck Collar, Body Vest,
Shields, Arms and Legs Gear), and Shotguns, Knives, Mace and
Sticks, while at least One-Hundred (100) of the One-Hundred
and Fourteen (114), inmates assigned to Bravo Unit was sound
asleep, and immediately Assaulted the inmates like they were
Animals, without provocation, because the majority of the inmates
were Harmlessly asleep, after about 35 to 45 minutes of
assaulting the inmates, the C.E.R.T.TEAM Members[1] placed
Plastic Restraining Tyes on the inmates to lay face down on
their beds while other C.E.R.T.TEAM members was parading up
and down Bravo Unit still assaulting and Harrassing the inmates
and making statements belittling the inmates and making fun
of those that had Gang Affiliation, statements like:"Where the
GD's, Crips and Bloods at now", "Aryan Brotherhood & Nations
where yall at", on "C.E.R.T. We will beat your Ass", "Yall
Bitches and FucK Niggers stood up the other day Standup now...On
C.E.R.T. we will beat your Ass", "Yall old Mutha Fuuckers in
this Dorm yall better move to D & E Dorms, because when we come
back, We going to beat some more of yall Ass Too".

_____

1. Because the Alabama Department of Corrections C.E.R.T.TEAM
Members, that entered Bravo Unit that Morning had their full
full Riot Gear on, with no name tags and faces partially
concealed, making it impossible to identify them at that time.

" Yall Stabbed Warden Davenport and Killed Officer Bettis, pull
something out now on C.E.R.T. we will beat your Ass". After
the Assaults some of the inmates that were Assaulted unmercifully
were taken to the infirmary, however, a lot of the injured
inmates were refused a body chart and treatment by the nurses
on duty, and was instructed to sign up for sick call, causing
the inmates not to recieve a body chart and treatment until
days after the assault.

**ATTACHMENT OF MY CLAIM SET OUT IN THE FACTS BELOW:**

ON November 9, 2016 I Roderick Williams was Asleep
in my Assign dorm when I was Awaken being beating
by the riot team in the progess why this was
going on they were saying talk that shit Now bitch
Ass motherfuckers why Hitting us with sticks in
Stomping on our heads.

---

## III. PARTIES.

A. Plaintiff (Your name/AIS): Roderick Williams 251836

   Your present address: Holman Corr. facility Atmore, AL 36503-3700

B. Defendant(s):   **SEE ATTACHMENT**

1. Defendant (full name) _____ is employed as _____ at _____.

   His/her present address is _____.

   (a)  Claim against this defendant: _____

   _____.

   (b)  Supporting facts (Include date/location of incident):

         **See Attachment** _____

   _____

   _____

2. Defendant (full name) _____**See Attachment**_____ is employed as _____

at _____.

   His/her present address is _____.

   (a)  Claim against this defendant: _____

   _____.

   (b)  Supporting facts  (Include date/location of incident):

   _____

   _____

   _____

3. Defendant (full name) _____ is employed as _____

at _____.

   His/her present address is _____.

5

(a) Claim against this defendant: _____ **See Attachment** _____

(b) Supporting facts (Include date/location of incident):

_____ **See Attachment** _____

_____

_____

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above). **See Attachment**

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: _Robbery 1st_

_POSS. MArJ. POSS. Consubstance_

2. When were you convicted? _2006_

3. What is the term of your sentence? _20 years_

4. When did you start serving this sentence? _2007_

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )    No (X)

If so, complete the following:

(a) Date of conviction: _11-18-2006_

(b) Term of sentence: _20 years_

6. What is your expected end of sentence (E.O.S.) date? _2027_

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |

6

ATTACHMENTS TO 42 U.S.C.§ 1983 COMPLAINT

III. PARTIES.

B. DEFENDANTS

1. Jefferson Dunn is employed as Commissioner of the Alabama Department of Corrections. Dunn address is 301 South Ripley Street Montgomery, Alabama 36130.

Dunn is responsible overseeing the operation of each of the facility within the Alabama Department of Corrections, including Holman and is responsible for the writing, implimentation and enforcements of the regulations, Policies and Customs of the Alabama Department of Corrections.

CLAIMS AGAINST DUNN.
I. ASSAULT & BATTERY
II. EXCESSIVE FORCE
III. Implimentation of the procedures used.
IV. Failure To Protect

SUPPORTING FACTS:

Plaintiff re-alleges the facts of his claims as set out in Section II. G. of this Complaint, and adopts and incorporates herein. Attachment to Complaint)

2. Grant Culliver is employed as Associate Commissioner of the Alabama Department of Corrections. Culliver address is 301 Ripley St. Montgomery Alabama 36130.

Culliver is Commander and Chief of the C.E.R.T. Team, and is responsible for over seeing and Operation of Holman Prison and ensuring that the Employees and inmates are protected and provided Medical Care.

CLAIMS AGAINST CULLIVER
I. Assault & Battery
II. Excessive Force
III. Implimentation of the Procedure Used
IV. Failure To Protect

SUPPORTING FACTS

Plaintiff re-alleges the facts of his claims as set out in Section II. G. of the Complaint, and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM)

3. Cynthia Stewart is employed as Warden III. at Holman Correctional Facility. Stewart address is Holman Unit 3700 Atmore, Al. 36503-3700.

Stewart is responsible for the day to day operation of Holman Correctional Facility and is responsible for the safety and protection of the inmates and ensuring that the inmates receive Medical Care.

CLAIMS AGAINST STEWART
I. Assault & Battery
II. Excessive Force
III. Failure to Protect/Intervene
IV. Denial of Medical Care

Supporting Facts:

Plaintiff re-alleges the facts of his claims as set out in Section II. G. of the Complaint, and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM. )

4. Terry Raybon is employed as Warden II. at Holman Correctional Facility. Raybon address is Holman Unit 3700 Atmore, Al. 36503-3700.

Raybon is responsible for the Security of Holman Prison and ensuring that the Laws, Regulation & Policies are followed and that the inmates are protected and provided Medical Care.

CLAIMS AGAINST RAYBON
I. Assault & Battery
II. Excessive Force
III. Failure To Protect/Intervene
IV. Denial Of Medical Care

Supporting Facts:

Plaintiff re-alleges the facts of his claims as set out in Section II. G. of the Complaint, and adopts and incoporates herein. (See Attachment to Complaint G. YOUR CLAIM.)

**5.** C. Mitchell is employed as Warden I. at Holman Correctional Facility. Mitchell address is Holman Unit 3700 Atmore, Al. 36503-3700.

Mitchell is responsible for the Security of Holman Prison and ensuring that the Laws, Regulations & Policies are followed and that the inmates are protected and provided Medical Care.

CLAIMS AGAINST MITCHELL

I. Assault & Battery

II. Excessive Force

III. Failure to Protect/Intervene

IV. Denial of Medical Care

**6.** Darryl Fails is employed as Captain of the Holman Prison. Fails address is Holman Unit 3700 Atmore, Al. 36503-3700.

Captain Fails is responsible for the Security of the Prison and ensuring that the Laws, Policies and Procedures are being followed, and ensuring that the inmates are protected and provided Medical Care.

CLAIMS AGAINST CAPTAIN FAILSURE:

I. Assault & Battery

II. Excessive Force

III. Failure to Protect/Intervene

IV. Denial of Medical Care

Supporting Facts:

Plaintiff re-alleges the facts of his claim as set out in Section II. G. of the Complaint, and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM.)

**7.** Ashley Kidd is employed as Leuitenant at Holman Correctional Faci lity. Kidd address is Holman Unit 3700 Atmore Al. 36503-3700.

Kidd is responsible for supervising and ensuring that the Laws, Regulations & Policies are followed and that the inmates are protected and provided Medical Care.

CLAIMS AGAINST KIDD:

I. Assault & Battery

II. Excessive Force

III. Failure to Protecte/Intervene

IV. Denial of Medical Care

## Supporting Facts

Plaintiff re-alleges the facts of his claim as set out in Section II. G. of the Complaint, and adopts and incorporates herein. (See Attachment to Complaint G. Your Claim).

8. Officer Scarborough is employed as a Correctional Officer at Holman Correctional Facility. Scarborough address is Holman Unit 3700, Atmore, Al. 36503.

Scarborough is responsible for the security of the prison and to protect the inmates from assaults, and ensure medical care.

## Claims Against Scarborough:

I. Assault & Battery
II. Failure to Protect/Intervene
III. Excessive Force

## Supporting Facts:

Plaintiff re-alleges the facts of his claim as set out in Section II, G. of the Complaint and adopts and incorporates herein. (See Attachment to Complaint G. Your Claim).

9. Officer Timothy Vignolo is employed as a Correctional Officer at Holman Prison. Vignolo address is Holman Unit 3700 Atmore, Al. 36503-3700.

Tomothy Vignolo is responsible for the Security of the prison and to protect the inmates from assaults and ensure medical care. Vignolo was assigned to Bravo Unit at the time of the incident.

## Claims Against Vignolo:

I. Assault & Battery
II. Failure to Protect/Intervene
III. Excessive Force
IV. Denial of Medical Care

## Supporting Facts:

Plaintiff re-alleges the facts of his Claims as set out in Section II. G. of the Complaint and adopts and incorporates herein. (See Attachment to Complaint G. Your Claim).

10.   Cubicle Officer assigned to Cubicle 1. at 6:30am on
November 9, 2016., is employed by Alabama Department of Correct-
ions, as Correctional Officer, [2]This defendant address is Holman
3700 Atmore Alabama 36503-3700.

<u>CLAIMS AGAINST THIS DEFENDANT:</u>
I. Assault & Battery
II. Excessive Force
III. Failure to Protect/Intervene
IV. Denial of Medical Care

Supporting Facts:

    Plaintiff re-alleges the facts of his claim as set out in
Section II. G. of the Complaint, and adopts and incorporates
herein. (See Attachment of Complaint G. YOUR CLAIM.)

11. Nurse N. Walls is employed as Nurse at Holman Prison
Infirmary and is responsible for providing Medical Services
to the inmates at Holman by Corizon and Alabama Department of
Corrections. Walls address is Holman 3700 Atmore Alabama 36503-
3700.

12.   Nurse Langford is employed as a nurse at Holman Prison
Infirmary and is responsible for providing Medical Services
to the inmates at Holman Prison by Corizon and Alabama Department
of Corrections. Langford address is Holman Unit 3700 Atmore
Alabama 36503.

13. Nurse 1, 2, 3, 4, is employed as nurses and/or Dental or
Medical Assistants who were employed by Alabama Department of
Corrections, to provide Medical Care to inmates at Holman Prison,
and were so employed on November 9, 2016, and were present in
the Infirmary during the hours of 6:30am thru 6:30pm, and refuse
to provide a body chart and Medical Care to the inmates assault-
ed.

---

[2]Plaintiff preserve the right to Amend his Complaint upon
 discovery of this Specific Defendant Identity.

The CERT Members, though they hold different positions and rankings as Correctional Officials, on November 9, 2016, they were responsible for the safety and protection of the inmates at Holman Prison and to ensure receipt of Medical Care.

## CLAIMS AGAINST CERT MEMBERS

I. Assault & Battery

II. Excessive Force

III. Failure to Protect/Intervene

IV. Denial of Medical Care

**Supporting Facts:**

Plaintiff re-alleges the facts of his claims as set out in Section II. G. of this Complaint and adopts and incorporates herein. (See Attachment to Complaint G. YOUR CLAIM.)

Writ of habeas  yes( ) no( )          yes( ) no( )
corpus granted

C. If you answered yes to any of the questions state the Court or entity that relieved you from your conviction or sentence and the date: _____ **N/A** _____

V. State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

<u>$200,000 against each liable Defendants; Compensatory, Punitive,</u>
<u>Declaratory and Injunctive Relief; Trial by Jury; State Law</u>
Claims of Assault $ Battery; Slander; Harrassment and such other
Relief as the Law and this Court Deem Just.
VI. <u>AFFIRMATION.</u> By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

2-9-2017
Date

X _Rodrick Williams_
(Signature of Plaintiff Under Penalty of Perjury)

_Holman Corr. Facility Atmore Al_
Current Mailing Address

_36503-3700_

_____
Telephone Number

<u>PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS. E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.</u>

Roderick Williams
AIS# 251836
Holman Unit 3700
Atmore, Al.
          36503

"This correspondence is forwarded from an Alabama
State Prison.  The contents have not been evaluated, and
the ADOC is not responsible for the substance or content
of the enclosed communication."

Legal Mail

FOREVER/USA
FOREVER/USA
FOREVER/USA

FEB 27 2017

OFFICE OF the Clerk
U.S. District Court
Southern District of Alabama
113 St. Joseph St.
Mobile, Al.
          36602