# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

Roderick Williams # 251836
Plaintiff(s)/Petitioner(s)

vs.

Jefferson Donn, et, al.
Defendant(s)/Respondent(s)

CIVIL ACTION NO. 17-cv-97-WS-M
(To be supplied by Clerk's Office)

FILED MAR 1 '17 PM 2 [illegible] U.S.D.C.A.L.S.

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS

I, Roderick Williams, a United States citizen, make this Motion to Proceed Without Prepayment of Fees and Costs pursuant to Title 28 U.S.C. †1915 in order to proceed in *forma pauperis* in this action. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose or avoiding payment of said fees and costs.

I. BRIEF STATEMENT AS TO THE NATURE OF THE ACTION: This is A 42 U.S.C. §1983. action averring violation of Constitutional Rights by State Actors.

II. RESIDENCE:
Your Address: Holman Unit 3700
(Street)
Atmore, Alabama 36503
(City) (State) (Zip Code)

III. MARITAL STATUS:
1. Single ✓    Married ____    Separated ____    Divorced ____
2. If married, spouse's full name: ____

IV. DEPENDENTS:
1. Number: 0
2. Relationship to dependent(s): 0
3. How much money do you contribute toward your dependents' support on a monthy basis? $ 0

N940
Revised

V. **EMPLOYMENT:**
  1. Name of employer: _____N/A_____
     a. Address of employer: _____N/A_____ (Street)
        _____N/A_____ (City) (State) (Zip Code)
     b. How long have you been employed by present employer?
        Years: _____ Months _____
     c. Income: Monthly $_____ or Weekly $ 0
     d. What is your job title? ____N/A____
  2. If unemployed, date of last employment: ____N/A____
     Amount of salary and wages received per month in last employment: $ 0
  3. Is spouse employed? _____ If so, name of employer: ____N/A____
     a. Income: Monthly $_____ or Weekly $ 0
     b. What is spouse's job title? _____
  4. Are you and/or your spouse receiving welfare aid? ____N/A____
     If so, amount: Monthly $_____ or Weekly $ 0

VI. **FINANCIAL STATUS:**
  1. Owner of real property (excluding ordinary household furnishings and clothing):
     a. Description: _____
     b. Full Address: _____
     c. In whose name? _____
     d. Estimated value ........................$ 0
     e. Total amount owed ......................$ 0
        Owed to: _____ $ 0
        _____ $ 0
     f. Annual income from property ............$ 0
  2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
     a.                              Asset (1)                    Asset (2)
        Make & Model:              _____                   _____
        In whose name registered?  _____                   _____
        Present Value of Asset:    _____        N/A        _____
        Amount owed:               _____                   _____
        Owed to:                   _____                   SEE BELOW

    b.    Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else .................................................$ __0__

    c.    List monies received during the last twelve (12) months, into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

        Business, profession or other forms of self-employment.............$ __0__

        Rent payments, interest or dividends............................$ __0__

        Pensions, annuities or life insurance payments....................$ __0__

        Gifts or inheritances..........................................$ __0__

        Stocks, bonds or notes........................................$ __0__

        Tax refunds, Veteran benefits or social security benefits............$ __0__

        Any other sources............................................$ __0__

3.    Obligations:

    a.    Monthy rental on house or apartment........................$ __0__

    b.    Monthy mortgage payments on house........................$ __0__

4.    Other information pertinent to your financial debts and obligations:

| (Creditor) | (Total Debt) | (Monthly payment) |
|---|---|---|
| | N/A | |
| (Creditor) | (Total Debt) | (Monthly payment) |
| (Creditor) | (Total Debt) | (Monthly payment) |

Other (Explain): __unemployed__

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

                                            *Rochnett Williams*
                                            Signature of Plaintiff/Petitioner

VIII. <u>FOR PRISONER PLAINTIFFS/PETITIONERS ONLY</u>:

A financial statement containing all transactions in your prisoner account for the four (4) months immediately preceding the filing of the Complaint <u>must</u> accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by a authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

CERTIFICATE
(Prisoner Accounts Only)

I HEREBY CERTIFY that __Roderick Williams__ has the sum of $ __($2.92)__
(Name of Plaintiff/Petitioner)

as of __2/9/17__ on account to his credit at the __Holman CF__
(date)

institution where he is confined. I FURTHER CERTIFY that the above named prisoner has the following securities

to his credit according to the records of this institution:

_____

_____

_____

__Nikita Tucker__
Authorized Officer of Institution

Alabama Department of Corrections
Average Inmate Deposit Balances for WILLIAMS, RODERICK DEON AIS# 00251836

|            | Average Balance | Gross Deposits |
|------------|-----------------|----------------|
| 01/31/2017 | $0.08           | $0.00          |
| 12/31/2016 | $0.08           | $0.00          |
| 11/30/2016 | $0.08           | $0.00          |
| 10/31/2016 | $0.08           | $0.00          |
| 09/30/2016 | $0.08           | $0.00          |
| 08/31/2016 | $0.08           | $0.00          |
| 07/31/2016 | $0.08           | $0.00          |
| 06/30/2016 | $0.08           | $0.00          |
| 05/31/2016 | $0.08           | $0.00          |
| 04/30/2016 | $0.08           | $0.00          |
| 03/31/2016 | $0.08           | $0.00          |
| 02/29/2016 | $0.08           | $0.00          |
|            | $0.08           | $0.00          |

I certify that this is a true and correct copy of Roderick Williams average balances and gross deposits.

*Nikita Tucker* (signature)
Nikita Tucker