IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RODERICK WILLIAMS, | : |
| | : |
|     Plaintiff, | : |
| | : |
| vs. | :   CIVIL ACTION 17-0097-WS-M |
| | : |
| JEFFERSON DUNN, et al., | : |
| | : |
|     Defendants. | : |

ORDER

Plaintiff's Motion for Leave to Proceed Without Prepayment of Fees (Doc. 2) is on an outdated form, and is hereby **DENIED**. Plaintiff, therefore, is **ORDERED** by **April 20, 2017**, to complete and file this Court's current form for a motion to proceed without prepayment of fees, or pay the $400.00 filing fee.[1] Plaintiff is advised that his failure to comply with this Order within the prescribed time or to notify the Court immediately of a change in address will result in the dismissal of this action for failure to prosecute and to obey the Court's Order.

The Clerk is **DIRECTED** to send Plaintiff the form for a motion to proceed without prepayment of fees.

DONE this 21st day of March, 2017.

                                           s/BERT W. MILLING, JR.
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] When an in forma pauperis request filed by a prisoner is granted, the applicable filing fee is $350.00 for non-habeas actions. *See* 28 U.S.C. § 1914, Judicial Conference Schedule of Fees (effective May 1, 2013).