IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RODERICK WILLIAMS | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 17-00097-WS-N |
| JEFFERSON DUNN, et al, | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 24th day of July, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE